# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 23, 2024

## NO. 03-23-00807-CR

**Grant Wayne Cole, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment of conviction entered by the trial court. Grant Wayne Cole has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Grant Wayne Cole to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.